**ORIGINAL**

**FILED**

09/08/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0038

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

MARVIN LEE CURE,

     Defendant and Appellant.

_____

**FILED**

SEP 08 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Counsel for Appellant Marvin Lee Cure filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Cure time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude no arguments with potential legal merit can be raised in Cure's appeal in this case.

Therefore,

IT IS ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Cure personally.

DATED this 8 day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2